# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:09 CR 100-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| CHARLES PHILLIP SMITH, et al, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Richard E. Cassady's Application for Admission to Practice *Pro Hac Vice* of Stacey Michelle Pellom. It appearing that Stacey Michelle Pellom is a member in good standing with the Florida State Bar and will be appearing with Richard E. Cassady, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Richard E. Cassady's Application for Admission to Practice *Pro Hac Vice* (#53) of Stacey Michelle Pellom is **GRANTED**, and that Stacey Michelle Pellom is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Richard E. Cassady.

Signed: December 30, 2010

Dennis L. Howell
United States Magistrate Judge